**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HASSAN ALAMEDDINE; COUNTY OF LOS ANGELES; MARY C. WICKHAM; ROBERT C. CARTWRIGHT; ROSA LINDA CRUZ; MARK K. WORTHGE; and ALEXANDRIA K. HOBSON,<br><br>    Defendants. | Case No. CV 20-2534-DMG (SKx)<br><br>**JUDGMENT** |

This Court having granted Defendants County of Los Angeles and Hassan Alameddine's Motion to Dismiss by Order dated July 16, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Marcelo Hernandez, whose action is dismissed on the merits.

DATED: July 16, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE